No. 82–6066.   IN RE ROBERTS.   Petition for writ of mandamus denied.

No. 81–2110.   UNITED BUILDING & CONSTRUCTION TRADES COUNCIL OF CAMDEN COUNTY AND VICINITY v. MAYOR AND COUNCIL OF THE CITY OF CAMDEN ET AL.   Appeal from Sup. Ct. N. J.   Probable jurisdiction noted.

No. 82–945.   SURE-TAN, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari granted.

No. 82–1127.   HELICOPTEROS NACIONALES DE COLOMBIA, S.A. v. HALL ET AL.   Sup. Ct. Tex.   Certiorari granted.

No. 82–1167.   UNITED STATES v. JACOBSEN ET AL. C. A. 8th Cir.   Certiorari granted.

No. 82–1200.   DAILY INCOME FUND, INC., ET AL. v. FOX. C. A. 2d Cir.   Certiorari granted.

No. 82–1031.   JEFFERSON PARISH HOSPITAL DISTRICT No. 2 ET AL. v. HYDE.   C. A. 5th Cir.   Motions of Louisiana Hospital Association and American Hospital Association for leave to file briefs as *amici curiae* granted.   Certiorari granted.

No. 81–2355.   UNITED STATES v. IONIAN GLOW MARINE, INC.   C. A. 4th Cir.   Certiorari denied.